147 So. 924

**Allie HILL v. STATE.**

2 Div. 526.

Court of Appeals of Alabama.
April 4, 1933.

See, also, ante, p. 400, 147 So. 448.

RICE, Judge.
Affirmed.

147 So. 924

**Harold HILL v. STATE.**

2 Div. 521.

Court of Appeals of Alabama.
April 4, 1933.

A. M. Pitts, of Selma, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

144 So. 923

**Jim Carr HILL v. STATE.**

4 Div. 907.

Court of Appeals of Alabama.
May 24, 1932.

Rehearing Denied Nov. 1, 1932.

SAMFORD, J.
Affirmed.

146 So. 920

**Walsie HILL v. STATE.**

8 Div. 763.

Court of Appeals of Alabama.
March 21, 1933.

Wm. Stell, of Russellville, for appellant.
Thos. E. Knight, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

PER CURIAM.

Pending this appeal in this court, the lower court granted defendant's motion for a new trial in that court. The foregoing fact having been here sufficiently and legally shown, the order of affirmance in said case, made and entered by this court on February 7, 1933, is hereby set aside and held for naught. The cause is remanded to the lower court from which this appeal was taken.

Cause remanded.

139 So. 917

**Oscar HINTON v. William HARGROVE.**

6 Div. 203.

Court of Appeals of Alabama.
Jan. 12, 1932.

RICE, J.
Affirmed.

141 So. 922

**Oscar HINTON, alias William Hargrove, v. STATE.**

6 Div. 326.

Court of Appeals of Alabama.
May 10, 1932.

BRICKEN, P. J.
Appeal dismissed.